IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

REISS ENGINEERING, INC.,

      Appellant,

                                      Case No.  5D21-1305

v.                                         LT Case No. 2018-CA-000303


ENGINEERING DESIGN TECHNOLOGIES
CORP.,

      Appellee.
_____/

Decision filed June 21, 2022

Appeal from the Circuit Court
for Seminole County,
Donna L. Mcintosh, Judge.

Christian W. Waugh, of Waugh
Grant PLLC, Orlando, for Appellant.

Heather A. DeGrave and Stuart Jay
Levine, of Walters Levine Parisi &
DeGrave, Tampa, for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., EDWARDS and HARRIS, JJ., concur.